IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES EDWARD WILLIAMS                                                    PLAINTIFF

                v.                          Civil No.  13-5290

NURSE RHONDA BRADLEY;
NURSE RHONDA MESCHEDE;
DR. MULLINS; and DR. HOWARD                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  His complaint was filed *in forma pauperis*.

On July 3, 2014, I entered an order (Doc. 23) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by July 21st.

Defendants have filed a motion to dismiss (Doc. 24).  In the motion, Defendants state that they have not received the discovery responses from the Plaintiff.

To date, Plaintiff has not responded to the motion to dismiss.  No mail has been returned to the Court as undeliverable.  Plaintiff has not communicated with the Court in anyway.

I therefore recommend that the Defendants' motion to dismiss (Doc. 24) be granted.  This case should be dismissed based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of October 2014.

                                                /s/ *J. Marschewski*
                                                HON. JAMES R. MARSCHEWSKI
                                                CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)