IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JAMES EDWARD WILLIAMS                                                    PLAINTIFF

V.                                      CASE NO. 5:13-CV-5290

NURSE RHONDA BRADLEY;
NURSE RHONDA MESCHEDE;
DR. MULLINS; and DR. HOWARD                                            DEFENDANTS


## ORDER


Comes on for consideration the Report and Recommendation (Doc. 28) filed in this case on October 1, 2014,  by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**.   The Motion to Dismiss (Doc. 24) is **GRANTED**; however, the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

IT IS SO ORDERED on this 4th day of November, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE